EDWARD M. KEECH #48098
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: ekeech@fablaw.com; dnewton@fablaw.com

Attorneys for Plaintiff Baskin-Robbins USA

Case 3:06-cv-03071-SI    Document 19    Filed 08/09/2006    Page 1 of 4

ROBERT L. ZISK
DAVID E. WORTHEN
IRIS FIGUEROA ROSARIO
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037-1905
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Of Counsel

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| BASKIN-ROBBINS USA, LLC, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>AIDA JABER, a resident of California<br><br>Defendant. | Case No.: C06-03071 SI<br><br>**STIPULATION FOR ENTRY OF JUDGMENT** |

Plaintiff Baskin-Robbins USA, LLC and Defendant Aida Jaber, having reached an agreement in resolution of this matter, hereby stipulate and agree as follows:

    1.    Judgment in this matter shall be entered in favor of Plaintiff Baskin-Robbins and against Defendant Aida Jaber.

///

///

///

1.
STIPULATION FOR ENTRY OF JUDGMENT
CASE NO: C06-03071 SI

8/8/06 (23837) #252115.1

2. Defendant Aida Jaber shall cure all of the alleged standard violations identified in the attached inspection form (Exhibit A) at Defendant's shop, which is located at 301 Hartz Avenue, Suite 100, Danville, California 94526, by no later than ten (10) days after the date this Stipulation for Entry of Judgment is entered by the Court.

3. Defendant Aida Jaber shall pay Plaintiff's attorneys' fees and costs incurred in this action totaling $7,494.72 to Baskin-Robbins in accordance with the Franchise Agreement for PC Shop 361050. Defendant shall pay this amount in full by certified check no later than July 28, 2006.

4. If Defendant Aida Jaber fails to satisfy any of her obligations, or if Baskin-Robbins is otherwise required to incur additional reasonable attorneys' fees and costs to enforce the terms of this Stipulation for Entry of Judgment, Defendant Aida Jaber shall be responsible for such fees and costs in addition to the fees and costs identified in paragraph 3.

///

2.
STIPULATION FOR ENTRY OF JUDGMENT
CASE NO: C06-03071 SI

8/8/06 (23837) #252115.1

The undersigned stipulate and agree to the Stipulation for Entry of Judgment, and approve to its content and form.

By: /s/ _____
EDWARD M. KEECH #48098
DAWN NEWTON #209002
FITZGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California 94612
Telephone: (510) 451-3300
Facsimile: (510) 451-1527
Email: ekeech@fablaw.com;
dnewton@fablaw.com

ROBERT L. ZISK
DAVID E. WORTHEN
IRIS FIGUEROA ROSARIO
GRAY, PLANT, MOOTY, MOOTY
 & BENNETT, P.A.
The Watergate
2600 Virginia Avenue, N.W., Suite 1111
Washington, D.C. 20037-1905
Telephone: (202) 295-2200
Facsimile: (202) 295-2250

Attorneys for Plaintiff

Dated: July ___, 2006

By: /s/ _____
Aida Jaber
301 Hartz Avenue, Suite 100
Danville, California 94526
Telephone: (404) 547-0002
Facsimile: (770) 698-6383

Defendant

Dated: July 31st, 2006

1 | SIGNED AND ENTERED THIS ____ DAY OF _____, 2006

*/s/ Susan Illston*

Judge Susan Illston
United States District Court Judge

Case 3:06-cv-03071-SI   Document 19   Filed 08/09/2006   Page 4 of 4

4.
STIPULATION FOR ENTRY OF JUDGMENT
CASE NO: C06-03071 SI

8/8/06 (23837) #252115.1